# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY DUGAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDLAND FUNDING, LLC and MIDLAND ) <br> CREDIT MANAGEMENT, INC., ) <br> ) <br> Defendants. ) | Case No. 1:17-cv-04243 <br><br> Judge: Charles R. Norgle, Sr. <br><br> Magistrate Judge: Jeffrey T. Gilbert |

## DEFENDANTS' AMENDED WITNESS LIST

Defendants, MIDLAND FUNDING, LLC (MF) and MIDLAND CREDIT MANAGEMENT, INC. (MCM) by and through their attorneys David M. Schultz and Lindsey A.L. Conley, submit an amended witness list to the joint pre-trial order:

**Defendant will call the following witnesses at trial:**

1. Kevin Mortell – Corporate Representative for Midland Credit Management, Inc. and Midland Funding LLC.

**Defendant may call the following witnesses at trial:**

1. Timothy Dugan - Plaintiff

    Respectfully submitted,

    MIDLAND FUNDING, LLC AND
    MIDLAND CREDIT MANAGEMENT, INC.,
    Defendants

    */s/ Lindsey A.L. Conley*
    Lindsey A.L. Conley

David M. Schultz
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel: 312-704-3000
E-mail: dschultz@hinshawlaw.com
E-mail: lconley@hinshawlaw.com

301784883v1 0999144

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2018, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Defendants' Amended Witness List to Pre-Trial Order**, by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ *Lindsey A.L. Conley*

301784883v1 0999144